IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

                Plaintiff,

v.

RANDALL L. RADDATZ, DENNIS RADDATZ,
MARY BETH RADDATZ, ASHLEY RADDATZ,
COUNTRYSIDE COOPERATIVE, THE
COOPERATIVE FINANCE ASSOCIATION, INC.,
DEERE & COMPANY, DAVID J. GREVICH,
FIRST NATIONAL COMMUNITY BANK,
and BRUCE ERICKSON,

                Defendant.

ORDER

18-cv-137-wmc

---

The court held a default judgment hearing this morning, at which counsel for the United States of America, Deere & Company, Bruce Erickson, and The Cooperative Finance Association, Inc. ("CFA") appeared. The court accepted stipulations between the United States and Deere & Company and CFA, as well as the stipulated dismissal of claims against Erickson. (Dkt. ## 42, 48, 66.) The court additionally ordered dismissal of Count III with prejudice and the claims against David J. Grevich, Ashley Raddatz, Dennis Raddatz, Mary Beth Raddatz, and First National Community Bank. (Dkt. ##76, 81, 84.)[1] Finally, the United States was directed to serve and file, by Monday, November 26, 2018, evidence establishing that the relevant real estate is better sold as a whole, rather than sold as separate parcels.

**Any objections to that filing are due on or before Thursday, November 29, 2018.** If there are no objections, the court will enter judgment of foreclosure and sale

---

[1] This moots the United States' motion to dismiss Count III and defendants Dennis and Mary Beth Raddatz. (Dkt. #75.)

consistent with the proposal submitted by the United States as modified by the court on the record at today's hearing.

Entered this 21st day of November, 2018.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge